IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER SANFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and CAPITAL ONE USA, NA, | ) ) ) ) |
| | ) |
| Defendants. | )   Civil Action No. 3:22-CV-2570-C |

## ORDER

The Court, having considered the Parties' Notice of Settlement indicating that they have reached a settlement, finds that this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file appropriate dismissal papers on or before 30 days from the date of this Order.

SO ORDERED.

Dated December 12, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE