IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER SANFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and CAPITAL ONE USA, NA, | ) ) ) ) |
| | ) |
| Defendants. | )   Civil Action No. 3:22-CV-2570-C |

## ORDER

The Court's Order entered on December 12, 2022, administratively closing the above-styled and -numbered civil action, is hereby **VACATED**.

SO ORDERED.

Dated December 13, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE