IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF TEXAS

| | |
|---|---|
| JENNIFER SANFORD,<br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES LLC, and<br>CAPITAL ONE USA, NA.<br>        Defendants. | Case No. 3:22-cv-02570-C-BT |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against the Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: **March 4, 2024**

        /s/ Jennifer Sanford
Jennifer Sanford, *Plaintiff*
6535 Deseo Apt. 3091
Irving, Texas 75039
T: 219.916.9311
E: snfrd.jnnfr@gmail.com

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT COURT OF TEXAS

JENNIFER SANFORD,　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　) Case No. 3:22-cv-02570-C-BT
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
EXPERIAN INFORMATION SOLUTIONS, INC., )
EQUIFAX INFORMATION SERVICES LLC, and )
CAPITAL ONE USA, NA.　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

## PROPOSED DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' (DATE) Stipulation of Dismissal, all claims asserted against the Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in Civil Action No. 3:22-cv-02570-C-BT, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____ day of March 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE REBECCA RUTHERFORD
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE