IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF TEXAS

| | |
|---|---|
| JENNIFER SANFORD,<br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES LLC, and<br>CAPITAL ONE USA, NA.<br>          Defendants. | Case No. 3:22-cv-02570-C-BT |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against the Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: **March 6, 2024**

/s/ Jennifer Sanford
Jennifer Sanford, *Plaintiff*
6535 Deseo Apt. 3091
Irving, Texas 75039
T: 219.916.9311
E: snfrd.jnnfr@gmail.com

*/s/ Camden Douglas*
Camden Douglas
State Bar No. 24132543
JONES DAY
2727 North Harwood St., Dallas, Texas 75201
Phone: 1.214.220.3632
Fax: 1.214.969.5100
*Attorney for Defendant*

1

*Experian Information Solutions, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT COURT OF TEXAS

| | |
|---|---|
| JENNIFER SANFORD,   )<br>         Plaintiff,   )<br>                      )<br>                      )<br> v.                   )<br>                      )<br> EXPERIAN INFORMATION SOLUTIONS, INC., )<br> EQUIFAX INFORMATION SERVICES LLC, and )<br> CAPITAL ONE USA, NA.  )<br>         Defendants.  )<br>                      ) | Case No. 3:22-cv-02570-C-BT |

## PROPOSED DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' (DATE) Stipulation of Dismissal, all claims asserted against the Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in Civil Action No. 3:22-cv-02570-C-BT, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____ day of March 2024.

HONORABLE REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE